An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF DISCIPLINE OF LAUREN D. CALVERT, BAR NO. 10534. | No. 68636 |

**FILED**

SEP 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER APPROVING DISCIPLINARY PANEL'S RECOMMENDATION AND GRANTING MOTION TO SEAL

This is a petition by bar counsel filed pursuant to SCR 111(4) regarding attorney Lauren D. Calvert.[1] The petition is supported by documentation indicating that on March 23, 2015, in Henderson Municipal Court, and on June 15, 2015, in Henderson Township Justice Court, Calvert entered pleas of nolo contendere to driving under the influence.[2] Calvert self-reported both convictions.

The petition is further supported by documentation indicating that, pursuant to SCR 111(4), bar counsel investigated this matter, which was presented to a screening panel of the Southern Nevada Disciplinary Board with a recommendation that Calvert be placed in the diversion program pursuant to SCR 105.5 until the completion of her court-ordered

---

[1] Bar counsel has filed a motion to seal the petition based on medical information referenced in the petition and exhibits to it. Cause appearing, we grant the motion. *See* SCR 105.5(1)(b), (2); SCR 121(1). The clerk of this court shall file the petition under seal.

[2] The municipal court conviction was Calvert's first DUI offense. Although the justice court conviction was her second DUI offense, it was treated as a first offense for sentencing and a second offense for enhancement purposes.

15-28532

supervision, which expires on April 27, 2016, subject to conditions. According to the documents submitted by bar counsel, the screening panel agreed with the recommendation and, as a result, Calvert and bar counsel entered into a diversion agreement.

Having reviewed the petition and the panel's recommendation, we hereby approve the recommendation that Calvert be placed in the diversion program until the completion of her court-ordered supervision, subject to conditions. SCR 111(4), (9). We decline to impose a temporary suspension at this time. SCR 111(9).

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                   Douglas

_____, J.          _____, J.
Cherry                        Saitta

_____, J.          _____, J.
Gibbons                       Pickering

cc:    Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       Kimberly Farmer, Executive Director, State Bar of Nevada
       Lauren D. Calvert

SUPREME COURT
OF
NEVADA

(O) 1947A